# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 19-00089-WS |
| TYKIEF LASHAWN DUNN | : |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 29) and without any objection having been filed by the parties, the Defendant's plea of guilty to Counts Four and Six of the Indictment is now accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled for **January 28, 2020 at 10:00 a.m** before the undersigned.

**DONE and ORDERED** this 7th day of November 2019.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE