IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TYKIEF LASHAWN DUNN,** # 17665-003, | * * * |
| Petitioner, | * * |
| vs. | * CRIMINAL NO. 19-00089-WS-B * CIVIL ACTION NO. 21-00362-WS-B * |
| **UNITED STATES OF AMERICA,** | * * |
| Respondent. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and entered April 4, 2024 (Doc. 75) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner Tykief Lashawn Dunn's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 64) is **DENIED**, that this action is **DISMISSED with prejudice**, and that Petitioner Dunn is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

**DONE** this 11th day of June, 2024.

s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**